## JACKSON *v.* STATE

[No. 177, September Term, 1964.]

*Decided March 4, 1965.*

The cause was argued before PRESCOTT, C. J., and HAMMOND, MARBURY, SYBERT and BARNES, JJ.

*John R. Hargrove,* with whom were *Howard & Hargrove* on the brief, for appellant.

*John A. Blondell, Special Attorney,* with whom were *Thomas B. Finan, Attorney General, Charles E. Moylan, Jr.* and *Ed-*

*ward G. Wyatt, State's Attorney* and *Assistant State's Attorney,* respectively, *for Baltimore City,* on the brief, for appellee.

PER CURIAM.

On this appeal the appellant contends that the evidence presented was insufficient to support his convictions in a non-jury trial on separate charges of robbery with a deadly weapon and of assault, and that his two consecutive sentences of seven and one-half years each were excessive.

We have reviewed the evidence and find that it was ample to warrant the convictions. The sentences were within the limits permitted by law and thus are not reviewable by us.

*Judgments affirmed.*